ACCEPTED
03-14-00658-CV
3634773
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/2/2015 10:56:48 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00658-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/2/2015 10:56:48 AM

JEFFREY D. KYLE
Clerk

# In The
# Third Court of Appeals

---

**ROBYN N. JONES**,

*Appellant*,

**v.**

**WELLS FARGO BANK, N.A.**,

*Appellee*.

---

Cause No. 11-0479
On Appeal from the 428th District Court, Hays County, Texas
Honorable Bill Henry, Judge Presiding

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE APPELLEE'S BRIEF

---

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Rules 10.5(b) and 38.6(d), TEX. R. APP. P., Appellee Wells Fargo Bank, N.A. respectfully moves this Court to extend the time for filing its Appellee's Brief by 30 days to February 10, 2015.

1. Background: Appellant's Brief was filed on December 12, 2014. Appellee's Brief is therefore due on January 11, 2015.

2.     Grounds for the extension:  Due to the Christmas holidays, Appellee's counsel's travel plans, and a number of other engagements, Appellee's counsel needs an additional 30 days to prepare Appellee's brief.

3.     Unopposed:  Counsel for Appellant has stated that Appellant does not oppose this Motion.

4.     Number of extensions:   This is Appellee's first request for an extension of time for the filing of its Appellee's Brief.

## PRAYER

Appellee prays that this Motion be granted and that the time for filing its Appellee's Brief be extended by 30 days to February 10, 2015.  Appellee also prays for such other and further relief to which it may be entitled at law or in equity.

Respectfully submitted,

**LOCKE LORD LLP**

By: /s/ Ryan D. V. Greene
    B. David L. Foster
      dfoster@lockelord.com
      State Bar No. 24031555
    Ryan D. V. Greene
      rgreene@lockelord.com
      State Bar No. 24012730
    600 Congress Avenue, Suite 2200
    Austin, Texas  78701
    Telephone:  (512) 305-4700
    Facsimile:  (512) 305-4800

    W. Scott Hastings
      shastings@lockelord.com
      State Bar No. 24002241
    Robert T. Mowrey
      rmowrey@lockelord.com
      State Bar No. 14607500
    2200 Ross Avenue, Suite 2200
    Dallas, Texas  75201
    Telephone:  (214) 740-8000
    Facsimile:  (214) 740-8800

    *Counsel for Appellee Wells Fargo Bank, N.A.*

3

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Appellee, Ryan D. V. Greene, communicated on December 23, 2014 by email with Doug W. Ray (counsel for Appellant), and that Mr. Ray has informed Mr. Greene that this motion is unopposed.

/s/ Ryan D. V. Greene
Ryan D. V. Greene

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following counsel of record by the CM/ECF system or, if any counsel is not registered, by United States mail on this the 2nd day of January, 2015:

Doug W. Ray
Ray & Wood
2700 Bee Caves Road
Austin, Texas  78746

/s/ Ryan D. V. Greene
Ryan D. V. Greene

AUS:0567447/00185:565661v1